UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMAR WILBURN, Plaintiff, v. CITY OF SACRAMENTO, Defendant. | No. 2:26-cv-1627 TLN AC PS<br><br>ORDER |

Plaintiff is incarcerated and is proceeding in this case in pro se. This proceeding was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has requested a six-month extension of time to file his first amended complaint so that he can "gather documents to prove his claims." ECF No. 11 at 1. Plaintiff also asks the court to waive the filing fee entirely and "provide a fee waiver application and civil rights complaint form for non-prisoners." Id. As to the fee, plaintiff filed a civil rights complaint while incarcerated, see ECF No. 1, and the court may not treat his fee waiver request as though he is not incarcerated. The statute governing proceedings in forma pauperis specifically provides that when a prison brings a civil action, "the prisoner shall be required to pay the full amount of a filing fee," paid in installments from the prisoner's account. 28 U.S.C. § 1915(b)(1). The court lacks discretion to deviate from this requirement. Second, plaintiff does not need to gather or produce evidence to file an amended complaint that meets the filing requirements, and a six-

month extension of time is excessive and unsupported. Nonetheless, in light of plaintiff's pro se status, the court will grant an extension of time of 60 days.

For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 11) is GRANTED in part and DENIED in part. Plaintiff shall file an amended complaint within 60 days of the date of this order. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute. The court will not alter its ruling (ECF No. 10) regarding plaintiff's IFP status.

DATED: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE